UNITED STATES of America, Plaintiff—Appellee,

v.

Troy TAYLOR, Defendant—Appellant.

No. 00–30369.

D.C. No. CR–00–00338–RSL.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2002 *.

Decided April 12, 2002.

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before WOOD **, D.W. NELSON and PAEZ, Circuit Judges.

### MEMORANDUM ***

Taylor argues that he never received an evidentiary hearing before a district judge in connection with the government's motion to revoke his supervised release. We reject this argument. At Taylor's final revocation hearing on October 17, 2000 before Judge Lasnik, Taylor was given the opportunity to introduce additional evidence (which he did); conduct further cross-examination of witnesses who testified before the magistrate judge (which he did not); and testify on his own behalf (which he decided against). We therefore hold that Taylor had a full and fair hearing on the revocation of supervised release before a District Judge and AFFIRM the decision below.

AFFIRMED.

---

** The Honorable Harlington Wood Jr., Senior Circuit Judge, United States Court of Appeals for the Seventh Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

